UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25-mj-00322-JCN |
| | ) | |
| AGASHA CARVALHO, | ) | |
| | ) | |
| Defendant | ) | |

## **<u>ORDER OF TEMPORARY DETENTION</u>**

Defendant appeared before the Court on September 30, 2025, for an initial appearance on a complaint. Pursuant to 18 U.S.C. § 3142(f)(1)(D), the Government moved for detention pending trial. The Court informed Defendant of his rights to a preliminary hearing and to a hearing on the Government's motion for detention. Defendant waived his right to a preliminary hearing but requested a hearing on the Government's motion for detention.

Accordingly, it is hereby

<u>ORDERED</u> that Defendant be, and hereby is, temporarily detained without bail pursuant to 18 U.S.C. § 3142(f); and it is further

<u>ORDERED</u> that Defendant shall next appear before this Court on October 2, 2025, at 11:00 a.m. for a hearing on the Government's motion for detention.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 30th day of September, 2025.