1:25-cr-00150-SDN

## Superseding Indictment Synopsis

2025 NOV 12 P 2:14

| | |
|---|---|
| **Name:** | Agasha Carvalho |
| **Address:** (City & State Only) | Milford, ME |
| **Year of Birth and Age:** | 1980/45 |
| **Violations:** | **CT 1: Production of Child Pornography.** See 18 U.S.C. §§ 2251(a) and (e).  (Class B Felony). <br><br> **CT 2: Transportation of Child Pornography.** See 18 U.S.C. § 2252A(a)(1). (Class C Felony). <br><br> **CT 3: Possession of Child Pornography.** See 18 U.S.C. § 2252A(a)(5)(B). (Class C Felony). <br><br> **CT 4: Conspiracy to Commit Sex Trafficking by Force, Fraud, or Coercion.** See 18 U.S.C. §1594. (Class A Felony). |
| **Penalties:** | **CT 1:** Not less than fifteen (15) years and not more than thirty (30) years imprisonment, a fine of not more than $250,000, or both; 18 U.S. C. § 2251(e). <br><br> **CT 2:**  Not less than 5 years and not more than 20 years imprisonment, a fine of not more than $250,000, or both; 18 U.S.C. § 2252A(b)(1) <br><br> **CT 3:**  Not more than ten (10) years imprisonment, a fine of not more than $250,000, or both; 18 U.S. C. § 2252A(b)(2) <br><br> **CT 4:** Any term of years or life imprisonment, a fine of $250,000, or both. See 18 U.S.C. §1594(c); 18 U.S.C. §3571(b)(3) |
| **Supervised Release:** | **CTs 1-3:** Not less than five (5) years, not more than Life; 18 U.S.C § 3583(k) <br><br> **CT 4:**  Not less than five (5) years, not more than life. See 18 U.S.C § 3583(k) |

| | |
|---|---|
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **CT 1:** Not more than three (3) years; 18 U.S.C. § 3583(e)(3); but if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than one (1) year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. (18 U.S.C. § 3583(k)). <br><br> **CT 2-3:**  Not more than two (2) years; 18 U.S.C. § 3583(e)(3); but if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than one (1) year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. (18 U.S.C. § 3583(k)). <br><br> **CT 4:** Not more than five (5) years. <u>See</u> 18 U.S.C. § 3583(e)(3); but if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than one (1) year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years, or life. <u>See</u> 18 U.S.C. § 3583(k)) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **CT 1-3:** Any term of years or life less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). <br><br> **CT 4:** Up to life less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h) |
| **Defendant's Attorney:** | Phil Noland, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | FBI SA Jose Rodriguez-Aguilar <br> FBI TFO Dayerrick Ireland |

| | |
|---|---|
| **Detention Status:** | Federally detained. |
| **Foreign National:** | Yes |
| **Foreign Consular Notification Provided:** | No |
| **County:** | Penobscot |
| **AUSAS:** | Andrew McCormack and Raphaelle A. Silver |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |